SCWC-12-0000074

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

TERRY J. DAVIS, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000074; 1DTC-11-032838)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed on February 26, 2014, is corrected as follows:

1. On page 2, line 15:

Delete "September 13, 2013" and insert "September 10, 2013"

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, April 9, 2014.

/s/ Richard W. Pollack

Associate Justice

